*International Brotherhood of*

# BOILERMAKERS · IRON SHIP BUILDERS

*12200 N Ambassador Drive*

**TIMOTHY SIMMONS**
**INTERNATIONAL PRESIDENT**
SUITE 303
913-371-2640
FAX: 913-281-8101

# BLACKSMITHS · FORGERS & HELPERS

*Kansas City, Missouri 64163*

**CLINTON PENNY**
**INTERNATIONAL SECRETARY-TREASURER**
SUITE 301
913-371-2640
FAX: 913-281-8102



July 10, 2026

File:   L-83-2026-5

**_Sent via Email & Certified Mail_**
Mr. Adam Mendenhall
Member, Local Lodge 83

**RE:   Adam Mendenhall, Reg. No. 3206929, charges Arnie Stadnick, Reg. No. 3033607, with alleged violation of Articles 17.1.7**

Dear Brother Mendenhall:

With respect to the Article 17 charges you submitted against member Arnie Stadnick, received by the charged party on July 9, 2026, I have determined to dismiss the charges. Pursuant to Article 17.2.1 of the International Brotherhood Constitution (IBC), charges are to be "set forth with sufficient definitiveness to inform the accused of the nature and circumstances of the violations complained of."

The charges were not filed in conformance with Article 17.2.1 and are therefore dismissed.

Furthermore, this allegation does not contain the written specific charges required by the Labor Management Reporting Disclosure Act. Please see federal law, 29 U.S.C. Section 411 (a)(5)(A).

Trusting you will be guided accordingly, I am

Fraternally yours,

Timothy Simmons
International President

TS:ar
cc:    C. Penny, IST
        International Vice Presidents
        A. Howell, AAIP, ED-CSO
        D. Rosenfeld, GC
        T. Keister, Pres., L-83
        T. Loren, Pres., L-146
Interp. 17



International Brotherhood of

# BOILERMAKERS • IRON SHIP BUILDERS

12200 N Ambassador Drive

**TIMOTHY SIMMONS**
INTERNATIONAL PRESIDENT
SUITE 303
913-371-2640
FAX: 913-281-8101

# BLACKSMITHS • FORGERS & HELPERS

Kansas City, Missouri 64163

**CLINTON PENNY**
INTERNATIONAL SECRETARY-TREASURER
SUITE 301
913-371-2640
FAX: 913-281-8102

July 10, 2026

File:    L-83-2026-5

**_Sent via Email & Certified Mail_**
Mr. Adam Mendenhall
Member, Local Lodge 83

**RE:**    **Adam Mendenhall, Reg. No. 3206929, charges John Fultz, Reg. No. 1945204, with alleged violation of Articles 17.1.7**

Dear Brother Mendenhall:

With respect to the Article 17 charges you submitted against member John Fultz, received by the charged party on June 30, 2026, I have determined to dismiss the charges. Pursuant to Article 17.2.1 of the International Brotherhood Constitution (IBC), charges are to be "set forth with sufficient definitiveness to inform the accused of the nature and circumstances of the violations complained of."

The charges were not filed in conformance with Article 17.2.1 and are therefore dismissed.

Furthermore, this allegation does not contain the written specific charges required by the Labor Management Reporting Disclosure Act. Please see federal law, 29 U.S.C. Section 411 (a)(5)(A).

Trusting you will be guided accordingly, I am

Fraternally yours,

Timothy Simmons
International President

TS:ar
cc:    C. Penny, IST
       International Vice Presidents
       A. Howell, AAIP, ED-CSO
       D. Rosenfeld, GC
       T. Keister, Pres., L-83
       A. Fultz, Pres., L-5
Interp. 17

## International Brotherhood of
# BOILERMAKERS • IRON SHIP BUILDERS

*12200 N Ambassador Drive*

**TIMOTHY SIMMONS**
**INTERNATIONAL PRESIDENT**
**SUITE 303**
**913-371-2640**
**FAX: 913-281-8101**



# BLACKSMITHS • FORGERS & HELPERS

*Kansas City, Missouri 64163*

**CLINTON PENNY**
**INTERNATIONAL SECRETARY-TREASURER**
**SUITE 301**
**913-371-2640**
**FAX: 913-281-8102**

July 10, 2026

File:    L-83-2026-5

**<u>Sent via Email & Certified Mail</u>**
Mr. Adam Mendenhall
Member, Local Lodge 83

**RE:    Adam Mendenhall, Reg. No. 3206929, charges Lawrence McManamon, Reg. No. 1623626, with alleged violation of Articles 17.1.7**

Dear Brother Mendenhall:

Receipt is acknowledged of the letter received by the charged party on June 30, 2026, wherein charges are filed as outlined in the above-captioned.

Pursuant to Article 17.2.3 of our International Constitution, I have made the decision to hold these charges in abeyance until the conclusion of the criminal proceedings against the Jones Enterprise.

Trusting you will be guided accordingly, I am

Fraternally yours,

Timothy Simmons
International President

TS:ar
cc:    C. Penny, IST
       International Executive Council
       D. Rosenfeld, GC
       T. Keister, Pres., L-83
       J. Denk, Pres., L-744
Interp. 17

*International Brotherhood of*

# BOILERMAKERS • IRON SHIP BUILDERS



# BLACKSMITHS • FORGERS & HELPERS

*12200 N Ambassador Drive*

*Kansas City, Missouri 64163*

**TIMOTHY SIMMONS**
**INTERNATIONAL PRESIDENT**
SUITE 303
913-371-2640
FAX: 913-281-8101

**CLINTON PENNY**
**INTERNATIONAL SECRETARY-TREASURER**
SUITE 301
913-371-2640
FAX: 913-281-8102

July 10, 2026

File:   L-83-2026-5

<u>***Sent via Email & Certified Mail***</u>
Mr. Adam Mendenhall
Member, Local Lodge 83

**RE:    Adam Mendenhall, Reg. No. 3206929, charges William Creeden, Reg. No. 1944418, with alleged violation of Articles 17.1.7**

Dear Brother Mendenhall:

Receipt is acknowledged of the letter received by the charged party on June 27, 2026, wherein charges are filed as outlined in the above-captioned.

Pursuant to Article 17.2.3 of our International Constitution, I have made the decision to hold these charges in abeyance until the conclusion of the criminal proceedings against the Jones Enterprise.

Trusting you will be guided accordingly, I am

Fraternally yours,

Timothy Simmons
International President

TS:ar
cc:    C. Penny, IST
      International Executive Council
      D. Rosenfeld, GC
      T. Keister, Pres., L-83
      R. Lerma, Pres., L-627
Interp. 17



*International Brotherhood of*

# BOILERMAKERS · IRON SHIP BUILDERS

12200 N Ambassador Drive

**TIMOTHY SIMMONS**
INTERNATIONAL PRESIDENT
SUITE 303
913-371-2640
FAX: 913-281-8101

July 10, 2026

# BLACKSMITHS · FORGERS & HELPERS

Kansas City, Missouri 64163

**CLINTON PENNY**
INTERNATIONAL SECRETARY-TREASURER
SUITE 301
913-371-2640
FAX: 913-281-8102

File:    L-83-2026-5

***Sent via Email & Certified Mail***
Mr. Adam Mendenhall
Member, Local Lodge 83
823 Lake Forrest
Bonner Springs, KS 66012
boilermakermrpookie@yahoo.com

**RE:    Adam Mendenhall, Reg. No. 3206929, charges Tim Simmons, Reg. No. 3158654, with alleged violation of Articles 17.1.7**

Dear Brother Mendenhall:

With respect to your Article 17 charges against International President Timothy Simmons, the majority of the International Executive Council, apart from the charged party, International President Simmons, has determined to dismiss the charges. The charges are dismissed for failure to file the charges with sufficient definitiveness to inform the accused of the nature and circumstances of the violations complained of.

Article 17.2.1 of the International Brotherhood Constitution (IBC) provides that charges are to be "set forth with sufficient definitiveness to inform the accused of the nature and circumstances of the violations complained of".

Further, Article 17.2.1 of the International Brotherhood Constitution provides "[i]f the charges are not filed in conformance with this paragraph, the International President is authorized to dismiss said charges."

Lastly, Article 17.3.2 provides "[t]he Executive Council shall have exclusive jurisdiction to hear charges against subordinate bodies and against International Officers."

The charges were not filed in conformance with Article 17.2.1 and are against an International Officer, therefore a majority of the remaining Executive Council have dismissed the charges.

Trusting you will be guided accordingly, I am

Fraternally yours,

*Clinton S Penny*

Clinton Penny
International Secretary-Treasurer

CP;sh
cc:    T. Simmons, IP, Charged Party
       International Vice Presidents
       A. Howell, AAIP, ED-CSO
       D. Rosenfeld, GC
       T. Keister, Pres., L-83
       J. Umphrey, Pres., L-108