*International Brotherhood of*

# BOILERMAKERS • IRON SHIP BUILDERS

*12200 N Ambassador Drive*



# BLACKSMITHS • FORGERS & HELPERS

*Kansas City, Missouri 64163*

**TIMOTHY SIMMONS**
**INTERNATIONAL PRESIDENT**
SUITE 303
913-371-2640
FAX: 913-281-8101

**CLINTON PENNY**
**INTERNATIONAL SECRETARY-TREASURER**
SUITE 301
913-371-2640
FAX: 913-281-8102

July 14, 2026

File:   L-83-2026-5

<u>***Sent via Email & Certified Mail***</u>
Mr. Adam Mendenhall
Member, Local Lodge 83

**RE:   Adam Mendenhall, Reg. No. 3206929, charges Tom Baca, Reg. No. 1661089, with alleged violation of Articles 17.1.7**

Dear Brother Mendenhall:

With respect to the Article 17 charges you submitted against member Tom Baca, I have determined to dismiss the charges. I am acting on these charges even though member Tom Baca has stated he has not received said charges.

Pursuant to Article 17.2.1 of the International Brotherhood Constitution (IBC), charges are to be "set forth with sufficient definitiveness to inform the accused of the nature and circumstances of the violations complained of."

The charges were not filed in conformance with Article 17.2.1 and are therefore dismissed.

Furthermore, this allegation does not contain the written specific charges required by the Labor Management Reporting Disclosure Act. Please see federal law, 29 U.S.C. Section 411 (a)(5)(A).

Trusting you will be guided accordingly, I am

Fraternally yours,

Timothy Simmons
International President

TS:ar
cc:   C. Penny, IST
        International Vice Presidents
        A. Howell, AAIP, ED-CSO
        D. Rosenfeld, GC
        T. Keister, Pres., L-83
        D. Hoogendoorn, Pres., L-549
Interp. 17