# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

ADAM J. MENDENHALL,                        )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )        Case No.: 5:26-cv-06115-DGK
                                           )
INTERNATIONAL BROTHERHOOD                  )
OF BOILERMAKERS, IRON SHIP                 )
BUILDERS, BLACKSMITHS,                     )
FORGERS AND HELPERS, *et al.*,             )
                                           )
                    Defendants.            )

## **DECLARATION OF TIMOTHY SIMMONS**

I, Timothy Simmons, declare the following:

1.      I am President of the International Brotherhood of Boilermakers.

2.      I am a named Defendant in this matter.

3.      A document was left with Travis Metsker, who is a maintenance employee of the International Brotherhood of Boilermakers on July 2, 2026, at our office in Kansas City.

4.      Mr. Metsker is not an authorized agent for service of process for the International Brotherhood of Boilermakers.

5.      Attached as Exhibit "A" is a copy of the four pages left with Mr. Metsker by the individual who left the documents.

6.      I was not present at the building when Mr. Metsker received these documents

163513\1687143

7.     I have not received any additional documents from the Plaintiff, including a copy of the Complaint, the Court's Standing Orders, or any other documents.

8.     If called as a witness, I can competently testify to the above facts because they are within my personal knowledge.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on July 17, 2026, in Las Vegas, Nevada.

_____
Timothy Simmons

2

163513\1687143