| | | |
|---|---|---|
| ADAM J. MENDENHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 5:26-cv-06115-DGK |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF | ) | |
| BOILERMAKERS, IRON SHIP | ) | |
| BUILDERS, BLACKSMITHS, FORGERS | ) | |
| AND HELPERS, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' NOTICE OF MOOTNESS

Defendants, by and through their undersigned attorney, hereby submits their Notice of Mootness of the cause as to the election and as grounds state as follows:

1. On July 2, 2026, the Plaintiff, Adam J. Mendenhall, filed a Complaint for Declaratory and Injunctive Relief as well as a Motion for a Temporary Restraining Order and Preliminary Injunction. (Pl.'s Compl.; Pl.'s Mot. For TRO and Prelim. Inj.).

2. The relief requested in the Complaint and in the Motion was to restrain the IBB from conducting the election for International President and IEC members at the July 2026 Convention. (Pl.'s Compl. ¶ H; Pl.'s Mot. For TRO and Prelim. Inj. ¶ e) ("restraining IBB from conducting the election… at the July 2026 Convention…").

3. The July 2026 Convention was held on July 20 through July 23, 2026; the election occurred at said convention. (Simmons Reelected; Officer Elections Conclude,

Boilermakers, https://convention.boilermakers.org/news/simmons-reelected-officer-elections-conclude.)

4.      The election and Convention have occurred thus rendering the court unable to grant the requested relief making the point moot.

WHEREFORE, inasmuch as the challenged events having occurred, making Plaintiffs request for relief impossible, it is suggested that the Complaint and Motion are moot as to the Convention and election for the IBB.

Respectfully submitted,

BOYD KENTER THOMAS & PARRISH, LLC


 /s/ Fiona Taus
Raymond Salva, Jr          Mo. Bar No. 66191
Fiona E. Taus               Mo. Bar No. 75784
221 W. Lexington Avenue, Suite 200
Independence, Missouri 64051
Telephone: (816) 471-4511
Facsimile: (816) 471-8450
E-mail: rsalva@bktplaw.com
E-mail: ftaus@bktplaw.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


 /s/ Fiona Taus
ATTORNEYS FOR DEFENDANTS